UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  TRINITY INNOVATIVE | : | Case No. 09-20579REF |
| ENTERPRISES, LLC, | : | Chapter 7 |
| Debtor | : | |

| | | |
|---|---|---|
| MARY MARTIN, as Chapter 7 Trustee | : | |
| of Debtor's Estate, | : | Adversary No. 10-2089 |
| Plaintiff | : | |
| v. | : | |
| DIRECTBUY, INC., BETA | : | |
| FINANCE COMPANY. INC., | : | |
| UCC TOTALHOME, INC., and | : | |
| JOHN DOES 1 through 10, | : | |
| Defendants | : | |

# ORDER

AND NOW, this 27 day of December, 2010, upon my consideration of the Motion of Defendants DirectBuy, Inc., f/k/a UCC Totalhome, Inc., and Beta Finance Company, Inc., To Dismiss Plaintiff's Complaint (the "Motion To Dismiss"), and upon the briefs filed by the parties, and based upon the findings, conclusions, and discussion set forth in my Statement Supporting Order Dated December 27, 2010, Granting in Part and Denying in Part Defendants' Motion To Dismiss (the "Statement"),

IT IS HEREBY ORDERED that Defendants' Motion To Dismiss is

GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that Trustee is HEREBY GRANTED leave to amend her Complaint on or before January 24, 2011, to cure the deficiencies noted in the Statement.

IT IS FURTHER ORDERED that, if Trustee fails to amend her Complaint by January 24, 2011, Defendants shall file their answer to the portions of the Complaint that have not been dismissed by this Order on or before January 31, 2011.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge